**Opinion issued February 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00060-CV

———————————

**HERBERT W. FORTSON, III, Appellant**

**V.**

**COLLEGE OF THE MAINLAND, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09CV1379**

## MEMORANDUM OPINION

Appellant has filed a "Notice of Dismissal of Appeal," which we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but does not contain a certificate of conference.

*See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.